

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| City of Georgetown, Texas; Dale Ross, Mayor of the City of Georgetown; and David Morgan, City Manager of the City of Georgetown, | § | No. 08-20-00171-CV |
| | § | Appeal from the |
| | § | 395th District Court |
| Appellants, | § | of Williamson County, Texas |
| v. | § | (TC# 18-0998-C395) |
| Terrill W. Putnam, | § | |
| Appellee. | § | |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's agreed motion to continue the February 25, 2021 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 18th day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.